766

## Commonwealth v. Robinson, Appellant.

Submitted June 22, 1971. *James Bross* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Robinson, Appellant.

Submitted June 22, 1971. *Thomas C. Carroll* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Roundtree, Appellant.

Submitted June 14, 1971. *Rudolph*